No. 867. MICHENER *v.* JOHNSTON, WARDEN. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Edward F. Treadwell* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.

No. 888. CARTER *v.* JOHNSTON, WARDEN. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *James A. Carter, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Mrs. Mayte B. Greene* for respondent.

No. 919. GOLDEN *v.* MISSOURI. April 9, 1945. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Casper Yost* for petitioner. *J. E. Taylor,* Attorney General, *W. Brady Duncan,* Assistant Attorney General, and *Mr. Frank W. Hayes* for respondent.

No. 920. BATSON *v.* SQUIER, WARDEN. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Clarence L. Batson, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Leon Ulman* for respondent.

No. 958. ANDREWS *v.* ROBERTSON, JAILER, ET AL. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John J.*

*McCreary* for petitioner. *T. Grady Head*, Attorney General of Georgia, *Victor Davidson, R. A. McGraw*, Assistant Attorneys General, and *Mr. Charles H. Garrett* for respondent.

No. 963. BISSELL *v.* AMRINE, WARDEN. April 9, 1945. Petition for writ of certiorari to the Supreme Court of Kansas denied.

No. 981. HAMMERSMITH *v.* NEW YORK. April 9, 1945. Petition for writ of certiorari to the Supreme Court of New York denied.

No. 989. MORTON *v.* UNITED STATES. April 9, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Charles W. Arth* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 990. LESSER *v.* NEW YORK. April 9, 1945. Petition for writ of certiorari to the Supreme Court of New York denied.

No. 991. LOCKE *v.* ILLINOIS. April 9, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 992. BRANER *v.* ILLINOIS. April 9, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.